United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, | No. C 07-02133 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| OCWEN LOAN SERVICING, LLC., DB STRUCTURED PRODUCTS, INC., and DOES 1–100, | |
| Defendants. / | |

Upon review, this action appears to concern the same parties, transactions and events as *Marks v. Chicoine, Home123 Corp., and New Century Mortgage Corp.*, Case No. C 06-6806 SI. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Susan Illston for the purpose of determining whether it is related to that case as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: April 18, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE