1  LESLIE BARNES MARKS
   3999 Suter Street
2  Oakland, CA  94602
   Tel: 510/434-9758
3  Email: blaqrubi@yahoo.com
4
   Plaintiff IN PRO SE
5

6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9  LESLIE BARNES MARKS, In Pro Per,    ) CASE NO.  C07 2133 SI
                                       )
10         Plaintiff,                  ) RELATED CASES:
                                       ) UNITED STATES DISTRICT COURT
11         v.                          ) CASE NO: 06-06806 SI
                                       )
12 OCWEN FINANCIAL CORPORATION,        ) UNITED STATES BANKRUPTCY
   OCWEN LOAN SERVICING, DB            ) COURT DISTRICT OF DELAWARE
13 STRUCTURED PRODUCTS, INC. and DOES, ) CHAPTER 11 CASE NOS: . 07-104-16
14 1-100,                              ) KJC, JOINTLY ADMINISTERED
                                       )
15         Defendants.                 ) NOTICE OF LIS PENDENS
                                       )
16                                     ) Original Complaint filed
                                       ) In State Court:  July 28, 2006
17                                     )

18         NOTICE IS HEREBY GIVEN that the above entitled Lis Pendens was filed in the above-
19 entitled Court and recorded with the Alameda County Recorder's office on April 20, 2007, by
20 Plaintiff, Leslie Marks against OCWEN FINANCIAL CORPPORATION, OWEN LOAN
21 SERVICING, DB STRUCTURED PRODUCTS, INC. its heirs, assigns, employees, agents,
22 dependents, corporate affiliates and any party acting in concert with or on their behalf.  This
23 action affects title and right to possession of specific real property identified in the Complaint in
24 the above-entitled action said property is described in detail in Exhibit A, attached hereto.

26 Dated: April 20, 2007

                                          _____
27                                        Leslie Barnes Marks, In Pro Se

28

                                    -1-
                           NOTICE OF LIS PENDENS

Order No. : 223585-CV

EXHIBIT "A"

The land referred to is situated in the State of California, County of Alameda, City of Oakland, and is described as follows:

A portion of Lots 10, 11 and 12, in Block K, of "Oakland Highlands, 1912", filed April 12, 1912, in Map Book 26, Page 79, Alameda County Records, described as follows:

Beginning at the point of intersection of the Southwestern line of Suter, formerly Maine Street, with the Northwestern line of Curran Avenue, as said street and avenue are shown on the map herein referred to; running thence Northwesterly along said line of Suter, formerly Main Street, 40 feet; thence at right angles Southwesterly 100 feet; thence at right angles Southeasterly 40 feet to the Northwestern line of Curran Avenue; thence Northeasterly along said line of Curran Avenue, 100 feet to the point of beginning.

(Being APN 28-927-6)