IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARKS, | No. C-07-2133 SI |
|     Petitioner, | **ORDER** |
|   v. | |
| OCWEN FINANCIAL CORP. | |
|     Defendant. | |

IT IS HEREBY ORDERED that this case is now subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically.

Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at **ecf.cand.uscourts.gov**.

**IT IS SO ORDERED.**

Dated: 5/2/07

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28