LESLIE MARKS
3099 Suter Street
Oakland, CA 94602
Tel: 510/434-9758
Email: blaqrubi@yahoo.com

Plaintiff IN PRO SE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARKS, In Pro Per,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, DB STRUCTURED PRODUCTS, INC. and DOES, 1-100,<br><br>Defendants. | ) CASE NO.  C07 2133 SI<br>)<br>) RELATED CASES:<br>) UNITED STATES DISTRICT COURT<br>) CASE NO: 06-06806 SI<br>)<br>) UNITED STATES BANKRUPTCY<br>) COURT DISTRICT OF DELAWARE<br>) CHAPTER 11 CASE NO: 07-104-16 KJC,<br>) JOINTLY ADMINISTERED<br>)<br>) REQUEST TO WITHDRAW<br>) DOCUMENTS FROM THE COURT'S<br>) DOCKET<br>)<br>) Original Complaint filed<br>) In State Court:  July 28, 2006 |

NOTICE IS HEREBY GIVEN that Plaintiff hereby withdraws Documents 9 and 10 from the Court Docket, these documents were improperly filed by Plaintiff. Plaintiff apologizes to the Court and to any party who has been inconvenienced.

Respectfully submitted,

Dated:  April 30, 2007

Leslie Marks, In Pro Se

IT IS SO ORDERED

Judge Susan Illston

WITHDRAWN DOCUMENT FROM DOCKET