LESLIE MARKS
3099 Suter Street
Oakland, CA 94602
Tel: 510/434-9758
Email: blaqrubi@yahoo.com

Plaintiff IN PRO SE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARKS, In Pro Per,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, DB STRUCTURED PRODUCTS, INC. and DOES, 1-100,<br><br>    Defendants. | ) CASE NO. C07 2133 SI<br>)<br>) **RELATED CASES:**<br>) **UNITED STATES DISTRICT COURT**<br>) **CASE NO: 06-06806 SI**<br>)<br>) **UNITED STATES BANKRUPTCY**<br>) **COURT DISTRICT OF DELAWARE**<br>) **CHAPTER 11 CASE NOS: 07-104-16 KJC,**<br>) **JOINTLY ADMINISTERED**<br>)<br>) **APPLICATION TO THE COURT TO**<br>) **APPROVE RECORDING OF LIS**<br>) **PENDENS**<br>)<br>) Original Complaint filed<br>) In State Court: July 28, 2006 |

**APPLICAION TO THE COURT TO APPROVE RECORDING OF LIS PENDENS**

I request the Honorable Susan Illston, Judge of the United States District Court, Northern District of California to review my complaint and approve my recording of Notice of Lis Pendens.

Dated: April 30, 2007

*/s/ Leslie Marks*
Leslie Marks

The complaint has been read and on its face it contains a claim which would affect title to real property. By approving this recordation, the court does not determine the probable

-1-
APPLICATION FOR APPROVAL TO RECORD LIS PENDENS

validity of the claim or whether the claim has merit. This claim may be subject to expungement as provided by law.

Dated: _____

_____
Honorable Susan Illston
Judge of the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA