**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Leslie Marks
3099 Suter Street
Oakland, CA  94602



FILED

MAY X 3 2007

RICHARD W. WIEKING
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SPACE ABOVE THIS LINE FOR RECORDER'S USE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARKS, In Pro Per, | ) CASE NO.  C07 2133 SI |
| Plaintiff, | ) RELATED CASES: |
| | ) UNITED STATES DISTRICT COURT |
| v. | ) CASE NO: 06-06806 SI |
| OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, DB STRUCTURED PRODUCTS, INC. and DOES, 1-100, | ) UNITED STATES BANKRUPTCY COURT ) DISTRICT OF DELAWARE  CHAPTER 11 ) CASE NOS:  07-104-16 KJC, JOINTLY ) ADMINISTERED |
| Defendants. | ) **AMENDED LIS PENDENS** ) [CCP SECTION 405.20] ) ) Original Complaint filed ) In State Court: July 28, 2006 |

Notice is given that the above-entitled action was filed in the above-entitled court on April 17, 2007 by Leslie Barnes Marks, plaintiff, against OCWEN LOAN SERVICING, LLC AND DB STRUCTURED PRODUCTS, INC. The action affects title to specific real property or the right to possession of specific real property identified in the complaint in the above-entitled action.

1
LIS PENDENS

The specific real property affected by the action is located in Alameda County, California, commonly known as 3099 Suter Street and the land referred to is situated in the State of California, County of Alameda, City of Oakland, and is described as follows:

> A portion of Lots 10, 11 and 12, in Block K, of "Oakland Highlands, 1912", filed April 12, 1912, in Map Book 26, Page 79, Alameda County Records, described as follows:
>
> Beginning at the point of intersection of the Southwestern line of Suter, formerly Main Street; with the Northwestern line of Curran Avenue, as said street and avenue are shown on the map herein referred to; running thence Northwesterly along said line of Suter, formerly Main Street, 40 feet; thence at right angles Southwesterly 100 feet; thence at right angles Southeasterly 40 feet to the Northwester line of Curran Avenue; thence Northeasterly along said line of Curran Avenue, 100 feet to the point of the beginning. (Being APN 218-927-6)

Dated: May 8, 2007

_____
Leslie Marks, In Pro Se

## ORDER

The Complaint in this action has been read and on its face contains a claim with would affect title to real property. By approving the recording of this Lis Pendens, this Court does not determine the probable validity of the claim or whether the claim has merit. This claim may be subject to expungement as provided by law. Recording of this Lis Pendens is **Approved, *CCP 405.21*.**

Dated: May 8, 2007

_____
Honorable Susan Illston
Judge of the United States District Court,
Northern District of California