1  LESLIE BARNES MARKS
   3999 Suter Street
2  Oakland, CA 94602
   Tel: (510) 434-9758
3  Email: blaqrubi@yahoo.com
4
   Plaintiff IN PRO SE
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, In Pro Per, | ) CASE NO. 07-02133 SI |
| Plaintiff, | ) RELATED CASES: |
| | ) UNITED STATES DISTRICT COURT |
| v. | ) CASE NO: 06-06806 SI |
| OCWEN LOAN SERVICING, LLC., DB STRUCTURED PRODUCTS, INC. and DOES 1-100, | ) UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE CHAPTER 11 CASE NOS: . 07-104-16 KJC, 07-10419 KJC and 07-10421 KJC |
| Defendants. | ) STIPULATION TO EXTEND TIME FOR FILING OF AMENDED COMPLAINT AND ANSWER TO AMENDED TO COMPLAINT AND ORDER THEREON |
| | ) Original Complaint filed In State Court: July 28, 2006 |

Plaintiff LESLIE BARNES MARKS (in pro per) and Defendants OCWEN LOAN SERVICING, LLC and DB STRUCTURED PRODUCTS, INC., by and through their counsel, hereby stipulate that the time that Plaintiff may file an Amended Complaint be extended to October 15, 2007. The parties further stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint be extended to November 15, 2007.

At this time, Plaintiff is in the process of retaining counsel Linnea N. Willis (Law Office of Linnea N. Willis) in order to substitute in as counsel for Plaintiff and represent Plaintiff in this

-1-
**STIPULATION TO EXTEND TIME FOR FILING OF AMENDED COMPLAINT AND ANSWER TO AMENDED TO COMPLAINT**

matter. Ms. Willis and Plaintiff request that the court grant an extension to allow Plaintiff to retain counsel, substitute counsel, and allow Ms. Willis to review the court file and have adequate time to prepare the Amended Complaint. Plaintiff requests approximately 30 days to file said Amended Complaint (or 14 days at the least).

Ms. Willis has discussed this matter with Plaintiff and Defendants' counsel Jeffrey R. Allison. Mr. Allison has no objection to the continuance and also requests that a further extension/continuance of 30 days thereafter to file Defendants' responsive pleading to the Amended Complaint be granted in conjunction with the new deadline for filing the Amended Complaint.

The parties therefore hereby request that the court allow Plaintiff to file its Amended Complaint by October 15, 2007 and that Defendants' response be extended to November 15, 2007. If the court is not inclined to grant such an extension, it is respectfully requested that Plaintiff at least be given a two weeks extension and Defendant at least two weeks thereafter to respond.

It is further requested that the motion hearing date previously reserved by Order of the Court for November 2, 2007 at 9:00 a.m. be vacated, and that the further case management conference set for November 2, 2007 at 2:30 p.m be reset..

IT IS SO STIPULATED.

Dated: September 14, 2007         _____s/Leslie Barnes Marks_____
                                  LESLIE BARNES MARKS, Plaintiff

Dated: September 14, 2007         _____s/Jeffrey R. Allison_____
                                  Jeffrey R. Allison
                                  Attorney for Defendants
                                  OCWEN LOAN SERVICING, LLC and DB
                                  STRUCTURED PRODUCTS, INC.

-2-
**STIPULATION TO EXTEND TIME FOR FILING OF AMENDED COMPLAINT AND ANSWER TO AMENDED TO COMPLAINT**

## ORDER THEREON

Upon review of the above Stipulation, the parties' request to continue the deadline by which Plaintiff may file an Amended Complaint is GRANTED.

IT IS HEREBY ORDERED THAT Plaintiff may file an Amended Complaint by October 15, 2007. IT IS FURTHER ORDERED THAT Defendants OCWEN LOAN SERVICING, LLC and DB STRUCTURED PRODUCTS, INC.'s responsive pleadings to the Amended Complaint must be filed by November 15, 2007

IT IS SO ORDERED.

Dated: September ____, 2007

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE