LINNEA N. WILLIS (SBN #221352)
LAW OFFICE OF LINNEA N. WILLIS
7677 Oakport Street, Suite 1050
Oakland, CA 94621
Telephone: (510) 383-9795
Facsimile: (510) 288-1339

Attorney for Plaintiff
LESLIE BARNES MARKS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC, a Delaware Corporation; DB STRUCTURED PRODUCTS, INC., a Delaware Corporation; and DOES 1-100, inclusive <br><br> Defendants. | No. C07-02133 SI <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER THEREON** |

Plaintiff LESLIE BARNES MARKS, formerly in pro per, hereby substitutes the following counsel as her attorney in this case:

Linnea N. Willis
Law Offices of Linnea N. Willis
7677 Oakport Street, Suite 1050
Oakland, CA 94621
(510) 383-9795
(510) 288-1339 facsimile
linnea_willis@hotmail.com

IT IS SO REQUESTED.

Dated: October 12, 2007        s/Leslie Barnes Marks
       LESLIE BARNES MARKS, Plaintiff

Dated: October 15, 2007        s/Linnea N. Willis
       Linnea N. Willis
       Attorney for Plaintiff
       LESLIE BARNES MARKS

– 1 –
**NOTICE OF SUBSTITUTION OF COUNSEL**
*LESLIE BARNES MARKS v. OCWEN LOAN SERVICING, LLC et. al.*
U.S. DISTRICT COURT CASE NO. C07-02133 SI

1     IT IS SO ORDERED.

2

3 October \_\_\_\_, 2007

    _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE