LINNEA N. WILLIS (SBN #221352)
LAW OFFICE OF LINNEA N. WILLIS
7677 Oakport Street, Suite 1050
Oakland, CA 94621
Telephone:  (510) 383-9795
Facsimile:  (510) 288-1339

Attorney for Plaintiff
LESLIE BARNES MARKS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>OCWEN LOAN SERVICING, LLC, a )<br>Delaware Limited Liability Corporation; DB )<br>STRUCTURED PRODUCTS, INC., a )<br>Delaware Corporation; and DOES 1-100, )<br>inclusive )<br>)<br>Defendants. ) | **No. C07-02133 SI**<br><br>**STIPULATION TO EXTEND TIME FOR FILING OF SECOND AMENDED COMPLAINT AND ANSWER TO AMENDED COMPLAINT, TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

Plaintiff LESLIE BARNES MARKS (in pro per) and Defendants OCWEN LOAN SERVICING, LLC and DB STRUCTURED PRODUCTS, INC., by and through their counsel, hereby stipulate that the time that Plaintiff may file a Second Amended Complaint be extended to March 14, 2008.  The parties further stipulate that the time for Defendant to answer or otherwise respond to Plaintiff's Amended Complaint be extended to April 14, 2008.  In addition it is stipulated that the March 14, 2008 Case Management Conference be continued in light of the above.

Plaintiff is in the process of drafting the Amended Complaint to avoid a further Motion to Dismiss.  Plaintiff requests approximately 14 more days to adequately prepare the Amended Complaint.
– 1 –
**STIPULATION TO CONTINUE DEADLINE TO FILE AMENDED COMPLAINT**
*LESLIE BARNES MARKS v. OCWEN LOAN SERVICING, LLC et. al.*
U.S. DISTRICT COURT CASE NO. C07-02133 SI

Ms. Willis has discussed this matter with Plaintiff and Defendant's counsel Jeffrey R. Allison. Mr. Allison has no objection to the continuance and also requests that a further extension/continuance of 30 days thereafter to file Defendant's responsive pleading to the Amended Complaint be granted in conjunction with the new deadline for filing the Amended Complaint.

The parties therefore hereby request that the court allow Plaintiff to file its Amended Complaint by March 14, 2008 and that Defendant's response be extended to April 14, 2008.

It is further requested that the March 14, 2008 Case Management Conference be continued until sometime after.

IT IS SO STIPULATED.

Dated: February 29, 2008          s/Linnea N. Willis
                                  Linnea N. Willis
                                  Attorney for Plaintiff
                                  LESLIE BARNES MARKS

Dated: February 29, 2008          s/Jeffrey S. Allison
                                  Jeffrey S. Allison
                                  Attorney for Defendants
                                  OCWEN LOAN SERVICING, DB STRUCTURED PRODUCTS, INC.

**ORDER THEREON**

Upon review of the above Stipulation, the parties' request to continue the deadline by which Plaintiff may file an Amended Complaint is GRANTED.

IT IS HEREBY ORDERED THAT Plaintiff may file an Amended Complaint by March 14, 2008. IT IS FURTHER ORDERED THAT Defendants OCWEN LOAN SERVICING, DB STRUCTURED PRODUCTS, INC.'s responsive pleading to the Amended Complaint must be filed by April 14, 2008.

IT IS FURTHER ORDERED THAT the Case Management Conference scheduled on March 14, 2008 at 2:00 p.m. is hereby vacated. The Case Management Conference shall now be heard on ____May    9_____, 2008 at __2:30 p.m.__.

IT IS SO ORDERED.

Dated: ~~February~~ March 3, _____, 2008



HONORABLE
UNITED STATES

---

– 3 –
**STIPULATION TO CONTINUE DEADLINE TO FILE AMENDED COMPLAINT**
<u>LESLIE BARNES MARKS v. OCWEN LOAN SERVICING, LLC et. al.</u>
U.S. DISTRICT COURT CASE NO. C07-02133 SI