1  LINNEA N. WILLIS (SBN #221352)
   LAW OFFICE OF LINNEA N. WILLIS
2  7677 Oakport Street, Suite 1050
   Oakland, CA 94621
3  Telephone:    (510) 383-9795
   Facsimile:    (510) 288-1339
4
5  Attorney for Plaintiff
   LESLIE BARNES MARKS
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, an individual, | ) |
| Plaintiff, | ) No. C07-02133 SI ) |
| vs. | ) ) |
| OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Corporation; DB STRUCTURED PRODUCTS, INC., a Delaware Corporation; and DOES 1-100, inclusive | ) **STIPULATION TO EXTEND DEADLINE** ) **TO COMPLETE SETTLEMENT** ) **CONFERENCE AND TO CONTINUE** ) **CASE MANAGEMENT CONFERENCE** ) ) ) |
| Defendants. | ) |

Plaintiff LESLIE BARNES MARKS and Defendants OCWEN LOAN SERVICING, LLC and DB STRUCTURED PRODUCTS, INC., by and through their counsel, hereby stipulate that the time the parties must complete the Settlement Conference be extended from July 13, 2008 to October 1, 2008. The parties further stipulate that the August 29, 2008 Case Management Conference be continued to a later date, if the Settlement Conference that is rescheduled by Magistrate Zimmerman does not occur before August 29, 2008. In addition it is stipulated that the August 29, 2008 Case Management Conference be continued in light of the above.

The parties are in the process of conducting discovery, gathering information, preparing a demand, and realistically evaluating the case such that settlement is more productive. The

– 1 –
**STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE**
*LESLIE BARNES MARKS v. OCWEN LOAN SERVICING, LLC et. al.*
U.S. DISTRICT COURT CASE NO. C07-02133 SI

parties believe that the Settlement Conference will be more meaningful if given more time to complete these tasks.

Currently, the parties have a Settlement Conference scheduled with Magistrate Bernard Zimmerman on July 11, 2008. The parties requested a continuance from Judge Zimmerman, and were informed by his court staff that we must first obtain an Order from Judge Illston extending the July 13, 2008 deadline to complete the Settlement Conference. Further, although we requested a continuance to sometime in August, we were informed by his court staff that Judge Zimmerman's calendar is full through the middle of August, and that there are very few remaining dates at the end of August for a Settlement Conference. As such, it is possible the Settlement Conference might be continued to a date in late August or sometime in September depending on the Judge's availability.

As such, it is requested that the deadline to complete the Settlement Conference be extended to October 1, 2008 to allow for the parties, counsel and Judge Zimmerman's staff to reschedule the Settlement Conference, and to allow the parties to conduct discovery and gather further information as referenced above.

In light of this, the August 29, 2008 Case Management Conference may need to be continued, depending on the new date of the Settlement Conference.

Plaintiff's counsel has discussed this with Defendant's counsel Jeffrey R. Allison. Mr. Allison has no objection to the extension to complete the Settlement Conference and the continuance of the Case Management Conference.

The parties therefore hereby request that the court extend the July 13, 2008 deadline to complete the Settlement Conference to October 1, 2008.

1  It is further requested that the August 29, 2008 Case Management Conference be
2  continued until sometime after, if appropriate.
3  IT IS SO STIPULATED.
4
Dated: July 2, 2008                s/Linnea N. Willis
5                                   Linnea N. Willis
                                    Attorney for Plaintiff
6                                   LESLIE BARNES MARKS
7
Dated: July 2, 2008                s/Jeffrey S. Allison
8                                   Jeffrey S. Allison
                                    Attorney for Defendants
9                                   OCWEN LOAN SERVICING, DB STRUCTURED
                                    PRODUCTS, INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## ORDER THEREON

Upon review of the above Stipulation, the parties' request to continue the deadline by which the parties must complete the Settlement Conference is GRANTED.

IT IS HEREBY ORDERED THAT the parties must complete the Settlement Conference with Magistrate Zimmerman on or before October 1, 2008.

IT IS FURTHER ORDERED THAT the Case Management Conference scheduled on August 29, 2008 at 2:00 p.m. is hereby vacated. The Case Management Conference shall now be heard on __October 31, 2008__, 2008 at __2:30 p.m.__.

IT IS SO ORDERED.

Dated: July _____, 2008          _____
                                 HONORABLE SUSAN ILLSTON
                                 UNITED STATES DISTRICT COURT JUDGE