UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC.,<br>et al.,<br><br>　　　　Defendant(s). | No. C07-2133 SI (BZ)<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

　　Pursuant to stipulation, Judge Illston has continued the deadline for completing the settlement conference. Accordingly, the settlement conference scheduled for Friday, July 11, 2008 is **continued** to **Thursday, September 18, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The settlement conference order otherwise remains in full force and effect.

Dated: July 8, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\MARKS.CONTINUE SC.WPD

1