UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE B. MARKS, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> OCWEN LOAN SERVICING, LLC, ) <br> et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | No. C07-2133 SI (BZ) <br><br> **ORDER RE OVERDUE PAPERS** |

TO:  Plaintiffs and Defendants and their attorneys of record:

On May 15, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for September 18, 2008.  Your statement was due September 11, 2008.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by **10:00 a.m., Monday, September 15, 2008**, plaintiff(s) and defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: September 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\ocwen late papers.ord.wpd

1