UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE BARNES MARKS, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-2133 SI (BZ) |
| | ) | |
| v. | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE** |
| | ) | |
| OCWEN LOAN SERVICING, LLC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a telephonic settlement conference is schedule for **Tuesday, October 2, 2008 at 2:00 p.m.** Counsel and parties shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: September 19, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MARKS V. OCWEN\ORDER TEL. CONF.wpd

1