```
 1  LINNEA N. WILLIS (SBN #221352)
    LAW OFFICE OF LINNEA N. WILLIS
 2  7677 Oakport Street, Suite 1050
    Oakland, CA 94621
 3  Telephone:    (510) 383-9795
    Facsimile:    (510) 288-1339
 4
 5  Attorney for Plaintiff
    LESLIE BARNES MARKS
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, an individual, )<br>  )<br>          Plaintiff, )<br>  )<br>vs. )<br>  )<br>OCWEN LOAN SERVICING, LLC, a )<br>Delaware Corporation; DB STRUCTURED )<br>PRODUCTS, INC., a Delaware Corporation; )<br>and DOES 1-100, inclusive )<br>  )<br>          Defendants. ) | No. C07-02133 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER THEREON** |

    Plaintiff LESLIE MARKS, currently represented by counsel Linnea N. Willis, hereby substitutes counsel in this case. As such, Plaintiff substitutes LESLIE MARKS, in Pro Per. All further notices, Orders and correspondence should be sent to LESLIE MARKS as follows:

Leslie Marks
3099 Suter Street
Oakland, CA 94602
(510) 434-9748 (phone)
(510) 393-3893 (cell)
blaqrubi@yahoo.com (email)

    IT IS SO REQUESTED.

Dated: September 23, 2008                                s/Leslie Barnes Marks
                                                             LESLIE BARNES MARKS, Plaintiff

    I consent to this substitution.

Dated: September 23, 2008                                s/Linnea N. Willis
                                                       Linnea N. Willis, Attorney for Plaintiff
                                                       LESLIE BARNES MARKS

IT IS SO ORDERED.

Dated: September 29, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE