IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, | No. C 07-02133 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OCWEN LOAN SERVICING, et al., | |
| Defendants. / | |

Defendants' motion for judgment on the pleadings is granted. This action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 10, 2009

SUSAN ILLSTON
United States District Judge